█ In the Matter of RICHARD A. FONTANA et al., Appellants, v ANTHONY M. MASIELLO, as Mayor of City of Buffalo, et al., Respondents. [790 NYS2d 921]—Appeal from a judgment (denomi-

nated order) of the Supreme Court, Erie County (Kevin M. Dillon, J.), entered December 3, 2003 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Pigott, Jr., P.J., Green, Gorski, Martoche and Smith, JJ.